**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2059

CARLA T. LEWIS,

Plaintiff - Appellant,

v.

OSCAR NAVARRO; WELLS FARGO BANK NA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:20-cv-00590-MHL)

Submitted:  May 20, 2021                    Decided:  May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carla T. Lewis, Appellant Pro Se.   John Curtis Lynch, TROUTMAN PEPPER HAMILTON SANDERS, LLP, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carla T. Lewis seeks to appeal the district court's order dismissing her civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lewis v. Navarro*, No. 3:20-cv-00590-MHL (E.D. Va. Sept. 21, 2020). We further deny Lewis' "motion to stable probate." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*